UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CHRISTIAN PARADISE,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | Case No. 19-cv-07939-YGR (PR)<br><br>**ORDER OF VOLUNTARY DISMISSAL** |

This action was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1]

Pursuant to the notice of voluntary dismissal of this action filed by Petitioner on December 11, 2019, this action is terminated. *See* Fed. R. Civ. P. 41(a)(1); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1) (unless the notice of dismissal states otherwise, it is deemed to be "without prejudice); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

The Clerk of the Court shall close the file. All pending motions are terminated. No filing fee is due.

IT IS SO ORDERED.

Dated: January 3, 2020

                                                YVONNE GONZALEZ ROGERS
                                                United States District Court Judge

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants/respondents had not consented to proceed before magistrate judge).